IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY SCOTT CONNOR,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                    CASE NO. 1D16-3782

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 11, 2017.

An appeal from the Circuit Court for Jackson County.
William L. Wright, Judge.

Terry Scott Connor, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore, Assistant Attorney General,
for Appellee.

PER CURIAM.

        AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.